NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NAZOMI COMMUNICATIONS, INC.,**
*Plaintiff-Appellant,*

**v.**

**NOKIA CORPORATION, NOKIA, INC.,
AMAZON.COM, INC., AND VIZIO, INC.,**
*Defendants-Appellees.*

---

2014-1173

---

Appeal from the United States District Court for the Northern District of California in No. 5:10-cv-04686-RMW, Senior Judge Ronald M. Whyte.

----------------------------------------------------------------------

**NAZOMI COMMUNICATIONS, INC.,**
*Plaintiff-Appellant,*

**v.**

**SAMSUNG TELECOMMUNICATIONS, INC.,
SAMSUNG ELECTRONICS CO LTD, SAMSUNG
ELECTRONICS AMERICA INC, HTC CORP., HTC
AMERICA INC, LG ELECTRONICS INC, LG
ELECTRONICS USA INC, KYOCERA
COMMUNICATIONS INC, LG ELECTRONICS**

**MOBILECOMM U.S.A., INC., AMAZON.COM, INC., VIZIO, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, ARM, INC., AND ARM LTD.,**
*Defendants-Appellees.*

───────────────

2014-1178

───────────────

Appeal from the United States District Court for the Northern District of California in No. 5:10-cv-05545-RMW, Senior Judge Ronald M. Whyte.

───────────────

**ON MOTION**

───────────────

**O R D E R**

Nazomi Communications, Inc. moves to consolidate appeals 2014-1173 and 2014-1178 and to extend the time to file its opening brief to April 8, 2014. Appellees do not oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal Nos. 2014-1173 and 2014-1178 are consolidated. The revised official caption is reflected above. The appeals shall be argued as a single case.

(2) Nazomi Communications, Inc.'s opening brief for the consolidated appeal is due no later than April 8, 2014.

NAZOMI COMMUNICATIONS, INC. v. NOKIA CORPORATION          3

                      FOR THE COURT

                      /s/ Daniel E. O'Toole
                      Daniel E. O'Toole
                      Clerk of Court

s30