2014-1173, -1178

# United States Court of Appeals
# for the Federal Circuit

———————

NAZOMI COMMUNICATIONS, INC.,
  *Plaintiff-Appellant,*

v.

NOKIA CORPORATION, NOKIA, INC.,
AMAZON.COM, INC., and VIZIO, INC.,
  *Defendants-Appellees.*

——————

NAZOMI COMMUNICATIONS, INC.,
  *Plaintiff-Appellant,*

v.

SAMSUNG TELECOMMUNICATIONS, INC.,
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG
ELECTRONICS AMERICA INC., HTC CORP.,
HTC AMERICA INC., LG ELECTRONICS INC.,
KYOCERA COMMUNCIATIONS INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
AMAZON.COM, INC., VIZIO, INC., SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC,
ARM, INC., AND ARM LTD.,
  *Defendants-Appellees.*

——————

*Appeals from the United States District Court for the Northern District of
California in Nos. 5:10-cv-04686-RMW,-05545-RMW
Senior Judge Ronald M. Whyte.*

——————

**ARM LTD. AND ARM, INC.'S MOTION FOR EXTENSION OF TIME
FOR THE DEFENDANTS-APPELLEES TO FILE RESPONSE BRIEF(S)**

Pursuant to Federal Circuit Rule 26(b), Appellee ARM Ltd. and ARM, Inc. ("ARM") respectfully requests an extension of time for the Defendants-Appellees to file response brief(s) in this appeal, including the consolidated case 2014-1178. The responsive brief(s) are currently due on May 22, 2014. ARM requests an extension of 41 days, to Wednesday, July 2, 2014. This is ARM's first request for an extension of time, and the Court has not granted ARM any previous extensions.

As detailed in the attached declaration, ARM seeks this extension to allow the Defendants-Appellees to fully brief the issues presented in this consolidated appeal. Specifically, ARM requests additional time to permit the Defendants-Appellees to attempt to coordinate responses to allow for a more efficient review for this Court. As noted in Nazomi's opening brief, there are two separate, but related, sets of patents implicated in the current dispute. There are two patents that relate primary to hardware. ARM is involved in the dispute related to these two hardware patents. Additionally, there is a dispute regarding a separate patent primarily related to software. ARM is not involved in the dispute related to the software patent. The Defendants-Appellees are working together to coordinate as much of their briefing as possible between the two distinct disputes.

On May 6, 2014, counsel for ARM contacted counsel for Appellant Nazomi Communications, Inc. and all of the Defendants-Appellees who all indicated consent to the requested extension.

Dated:  May 8, 2014	Respectfully Submitted,

*/s/ Kevin P. Anderson*

Kevin P. Anderson
Karin A. Hessler
Robert J. Scheffel
Wiley Rein LLP
1776 K St Nw
Washington DC 20006
(202) 719-3586
(202) 719-7049

*Counsel for Defendants-Appellees,*
*ARM Ltd. and ARM, Inc.*

2014-1173, -1178
─────────

# United States Court of Appeals for the Federal Circuit

───────

NAZOMI COMMUNICATIONS, INC.,
*Plaintiff-Appellant,*

v.

NOKIA CORPORATION, NOKIA, INC.,
AMAZON.COM, INC., and VIZIO, INC.,
*Defendants-Appellees.*

─────────

NAZOMI COMMUNICATIONS, INC.,
*Plaintiff-Appellant,*

v.

SAMSUNG TELECOMMUNICATIONS, INC.,
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG
ELECTRONICS AMERICA INC., HTC CORP.,
HTC AMERICA INC., LG ELECTRONICS INC.,
KYOCERA COMMUNCIATIONS INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
AMAZON.COM, INC., VIZIO, INC., SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC,
ARM, INC., AND ARM LTD.,
*Defendants-Appellees.*

─────────

*Appeals from the United States District Court for the Northern District of California in Nos. 5:10-cv-04686-RMW,-05545-RMW Senior Judge Ronald M. Whyte.*

─────────

**DECLARATION OF KEVIN P. ANDERSON
IN SUPPORT OF ARM LTD. AND ARM, INC.'S MOTION FOR
EXTENSION OF TIME FOR THE DEFENDANTS-APPELLEES TO FILE
RESPONSE BRIEF(S)**

I, Kevin P. Anderson, do hereby swear as follows:

1. I am counsel of record for Appellee ARM Ltd. and ARM, Inc. ("ARM") in the above-captioned appeal.

2. I make this declaration in support of the accompanying Motion for Extension of Time for the Defendants-Appellees to File Response Brief(s).

3. ARM seeks a 41-day extension of time for the Defendants-Appellants to file its response brief to allow the Defendants-Appellees to fully brief and coordinate the issues presented in this consolidated appeal for a more efficient review for this Court. Preparing and briefing both sets of patents together will require more of counsel's available time in the limited number of weeks before the brief comes due.

4. I personally contacted counsel for Appellant Nazomi Communications, Inc. and all of the Defendants-Appellees who all indicated consent to a 41-day extension, which would result in the Defendants-Appellees response brief(s) coming due on Wednesday, July 2, 2014.

5. This Court granted counsel for Appellant Nazomi Communications, Inc. an extension of 42 days on February 20, 2014.

6. Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  May 8, 2014                              */s/ Kevin P. Anderson*

Kevin P. Anderson  
Wiley Rein LLP  
1776 K St. NW  
Washington, DC 20006  
(202) 719-7000  
kanderson@wileyrein.com

**CERTIFICATE OF INTEREST**

Pursuant to Federal Circuit Rules 28(a)(1) and 47.4(a), counsel for Appellee ARM Ltd. and ARM, Inc. certifies the following:

1. The full name of every party or amicus represented by us is:

   ARM Ltd.
   ARM, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by us is:

   ARM Ltd.
   ARM, Inc.

3. All parent corporations and any publicly held companies that own 10% or more of the stock of any party represented by us are:

   ARM Holdings plc

4. The names of all law firms and the partners or associates that appeared for the parties now represented by us in the trial court or expected to appear in this court are:

Dirk van Ausdall
King and Kelleher LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111
415-781-2888
Email: dvanausdall@kingandkelleher.com

Edward Vincent King, Jr.
King & Kelleher, LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111
415-781-2888
Fax: 415-781-3011

Email: evking@kingandkelleher.com

George Braxton Newhouse, Jr.
Brown White & Newhouse LLP
333 South Hope Street
40th Floor
Los Angeles, CA 90071
213-613-0500
Fax: 213-613-0550
Email: gnewhouse@brownwhitelaw.com

Thomas Michael Brown
Brown White & Newhouse LLP
333 S. Hope Street,
40th Floor
Los Angeles, CA 90071-1406
213-613-0500
Fax: 213-613-0550
Email: tbrown@brownwhitelaw.com

Karin Hessler
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-7000
Email: khessler@wileyrein.com

Kevin Paul Anderson
Wiley Rein LLP
1776 K. Street, N.W.
Washington, DC 20006
202-719-3586
Email: kanderson@wileyrein.com

Robert J. Scheffel
Wiley Rein LLP
1776 K. Street, N.W.
Washington, DC 20006
202-719-7423
Email: rscheffel@wileyrein.com

Dated: May 8, 2014	*/s/ Kevin P. Anderson*

                                            Kevin P. Anderson
                                            Wiley Rein LLP
                                            1776 K St. NW
                                            Washington, DC 20006
                                            (202) 719-7000
                                            kanderson@wileyrein.com

## CERTIFICATE OF SERVICE

I certify that on May 8, 2014, I served the foregoing documents by email via the Court's ECF system on all counsel registered to receive electronic notices.

*/s/ Kevin P. Anderson*

Kevin P. Anderson
Wiley Rein LLP
1776 K St. NW
Washington, DC 20006
(202) 719-7000
kanderson@wileyrein.com

*Counsel for Defendants-Appellees,
ARM Ltd. and ARM, Inc.*