NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NAZOMI COMMUNICATIONS, INC.,**
*Plaintiff-Appellant,*

v.

**NOKIA CORPORATION, NOKIA, INC., AMAZON.COM, INC., AND VIZIO, INC.,**
*Defendants-Appellees.*

------------------------------------------------------------------------

**NAZOMI COMMUNICATIONS, INC.,**
*Plaintiff-Appellant,*

v.

**SAMSUNG TELECOMMUNICATIONS, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA INC., HTC CORP., HTC AMERICA INC., LG ELECTRONICS INC., KYOCERA COMMUNCIATIONS INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., AMAZON.COM, INC., VIZIO, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, ARM, INC., AND ARM LTD.,**
*Defendants-Appellees.*

---

2014-1173, -1178

---

Appeals from the United States District Court for the Northern District of California in No. 5:10-cv-04686-RMW, Senior Judge Ronald M. Whyte.

## ON MOTION

## O R D E R

ARM Ltd. and ARM, Inc. move without opposition for a 41-day extension of time, until July 2, 2014, for the appellees to file their principal briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27