Nos. 14-1173, -1178 (cons.)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

NAZOMI COMMUNICATIONS, INC.,

Plaintiff-Appellant,

v.

NOKIA CORPORATION, NOKIA, INC., AMAZON.COM, INC., AND VIZIO, INC.,

Defendants-Appellees.

_____

NAZOMI COMMUNICATIONS, INC.,

Plaintiff-Appellant,

v.

SAMSUNG TELECOMMUNICATIONS, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA INC., HTC CORP., HTC AMERICA INC., LG ELECTRONICS INC., KYOCERA COMMUNCIATIONS INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., AMAZON.COM, INC., VIZIO, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, ARM, INC., AND ARM LTD.,

Defendants-Appellees.

Appeals from the United States District Court for the Northern District of California in No. 5:10-cv-04686-RMW, Senior Judge Ronald M. Whyte.

## UNOPPOSED MOTION TO SUBSTITUTE NAMED PARTY

Steven T. Snyder
King & Spalding LLP
100 N. Tryon Street, Suite 3900
Charlotte, NC 28202
Tel.: (704) 503-2600
Fax: (704) 503-2622
ssnyder@kslaw.com

*Counsel for Nokia Corporation and Nokia Inc.*

Dated: May 29, 2014

# CERTIFICATE OF INTEREST

Counsel for Defendants-Appellees certifies the following:

1. The full names of every party represented by me are Microsoft Mobile Oy, Nokia Corporation, and Nokia Inc.

2. The names of the real parties in interest represented by me are Microsoft Mobile Oy, Nokia Corporation, and Nokia Inc.

3. Nokia Inc. is a wholly-owned indirect subsidiary of Microsoft Mobile Oy, and thus a wholly owned indirect subsidiary of Microsoft Corporation, and no publicly held corporation owns 10% or more of the stock of Nokia Inc.

Microsoft Mobile Oy is a wholly-owned indirect subsidiary of Microsoft Corporation, and no publicly held corporation owns 10% or more of the stock of Microsoft Mobile Oy.

There are no publicly held companies that own 10% or more of Nokia Corporation's stock.

4. The names of all firms and the partners or associates that appeared for the parties now represented by me in the trial court or are expected to appear in this court are:

King & Spalding LLP: Steven T. Snyder; Cheryl A. Sabnis; Alexas D. Skucas; Donald F. Zimmer, Jr.


This 29th day of May 2014.                /s/ Steven T. Snyder
                                          Steven T. Snyder

# UNOPPOSED MOTION TO SUBSTITUTE MICROSOFT MOBILE OY FOR DEFENDANT NOKIA CORPORATION

Defendants-Appellees Nokia Corporation and Nokia Inc. ("Nokia") hereby moves for Microsoft Mobile Oy ("MMO") to be substituted for Nokia in this case.

Defendants-Appellees Nokia sold its mobile device business to MMO on April 25, 2014. MMO and its subsidiaries are now responsible for the operation of this business, including producing and selling the mobile devices accused in this case. Because this case implicates the business and products that MMO has acquired, Nokia and MMO have agreed that MMO will assume all of Nokia's liabilities arising out of this action and that MMO will have sole control over the defense, including sole authority to resolve this action.

Plaintiff-Appellant Nazomi Communications, Inc. states that they do not oppose this Motion and will not file a response.

WHEREFORE, Defendants-Appellees Nokia and Non-Party MMO respectfully requests that the Court grant this Motion to Substitute the Named Party pursuant to Federal Rule of Appellate Procedure 43(b), and reform the caption accordingly.

DATED: May 29, 2014               Respectfully submitted.

                                  /s/ Steven T. Snyder
                                  Steven T. Snyder
                                  KING & SPALDING LLP
                                  100 N. Tryon Street, Suite 3900
                                  Charlotte, NC 28202

Tel.: (704) 503-2600
Fax: (704) 503-2622
ssnyder@kslaw.com

*Counsel for Nokia Corporation and Nokia Inc.*

## **CERTIFICATE OF SERVICE**

In accordance with Fed. R. App. P. 25 and Fed. Cir. R. 25, this is to certify that I have this day served the foregoing motion via the Court's CM/ECF on all counsel of record.

DATED: May 29, 2014

                                            /s/ Steven T. Snyder
                                            Steven T. Snyder