NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NAZOMI COMMUNICATIONS, INC.,**
*Plaintiff – Appellant,*

v.

**MICROSOFT MOBILE OY, AMAZON.COM, INC., and VIZIO, INC.,**
*Defendants – Appellees.*

---

**NAZOMI COMMUNICATIONS, INC.,**
*Plaintiff-Appellant,*

v.

**SAMSUNG TELECOMMUNICATIONS, INC., SAMSUNG ELECTRONICS CO LTD, SAMSUNG ELECTRONICS AMERICA INC., HTC CORP., HTC AMERICA INC, LG ELECTRONICS INC, KYOCERA COMMUNCIATIONS INC, LG ELECTRONICS MOBILECOMM U.S.A., INC., AMAZON.COM, INC., VIZIO, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, ARM, INC., and ARM LTD.,**
*Defendants-Appellees.*

---

2014-1173, -1178

---

Appeals from the United States District Court for the Northern District of California in No. 5:10-cv-04686-RMW, Senior Judge Ronald M. Whyte.

---

ON MOTION

O R D E R

Appellees ARM Ltd. and ARM, Inc. move without opposition to extend time for all appellees to file their principal briefs by 12 days until July 14, 2014.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The appellees' principal briefs are due on July 14, 2014.

                                FOR THE COURT

June 25, 2014                   /s/ Daniel E. O'Toole
                                Daniel E. O'Toole
                                Clerk of Court